1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: 916-554-2772

**FILED**

JUL -1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-CR-0255

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S **EX PARTE** MOTION TO SEAL INDICTMENT |
| v. | |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | Court: Hon. Gregory G. Hollows |
| Defendants. | **SEALED** |

The Court having received, read, and considered plaintiff United States of America's ex parte petition to seal the Indictment, and good cause appearing therefrom,

It is hereby ordered that the petition is GRANTED.

It is further ordered that: (1) the Indictment be sealed, pursuant to F.R.Crim.P. 6(e)(4), pending the arrest and the initial appearance of any defendant in this case in court; and (2) that the

1

1 | papers submitted in support of this <u>ex parte</u> petition and any order
2 | issued as a result also be sealed until the initial appearance of any
3 | defendant in this case.

5 | July __1__, 2010

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge