1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-255 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| FRENCH GULCH NEVADA MINING CORPORATION, et al., | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that:  (1) the presently set July 20, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to September 7, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by August 10, 2012; and (3) Kim's reply, if any, shall be filed by August 24, 2012.  This continuance is requested to provide the parties time

1

to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion.  The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED:  June 20, 2012

/s/ Malcolm S. Segal

_____
MALCOLM S. SEGAL
Attorney for Defendant
Kiedock Kim

Dated:  June 20, 2012            BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY

                                 /s/ Samuel Wong
                        By:      _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney

1                             ORDER

2      The Court having received, read, and considered the
3 stipulation of the parties, and good cause appearing therefrom,
4 adopts the stipulation of the parties in its entirety as its
5 order.  It is ordered that:  (1) the presently set July 20, 2012,
6 hearing on Kim's motion to dismiss certain counts of the
7 Indictment shall be continued to September 7, 2012, at 9:00 a.m.;
8 (2) the United States' response to Kim's motion shall be filed by
9 August 10, 2012; and (3) Kim's reply, if any, shall be filed by
10 August 24, 2012.

11     It is further ordered that computation of time within which
12 the trial of this matter must be commenced shall continue to be
13 excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to
14 Kim's pending motion to dismiss through the conclusion of the
15 hearing on, or other prompt disposition of, such motion.

16 Dated:  June 22, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge