```
MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
```
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>       Defendants.<br>_____/ | CASE NO: 2:10-CR-0255-TLN<br><br>**STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT TEMPORARY RELEASE OF DEFENDANT'S PASSPORT**<br>_____ |

### Background

The defendant, KIEDOCK KIM, was released on July 9, 2010, on an appearance bond secured by $100,000 deposited with the Court.  His conditions of release, since modified to permit his travel and employment within the United States, required him to surrender his Canadian passport to the Clerk of the Court.   In compliance with that condition, the defendant surrendered the passport to the Clerk.

As a Canadian citizen and a metallurgical engineer by profession, the defendant received formal approval from the Department of Homeland Security to work in the United States as a non-immigrant employee under a TN visa, which allows citizens of Canada as NAFTA professionals to work in the United States in

prearranged business activities for U.S. employers.  The TN visa requirements include a requirement that the defendant maintain a current, unexpired passport.

Because the defendant's passport currently in possession of the Clerk is set to expire in August 2013, the passport must be submitted along with the renewal application, and the renewal process can take several months to be completed, the defendant needs sufficient lead time to renew it in order to maintain his TN visa status.

## Stipulation

The defendant, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release requiring the surrender of his passport to the Clerk of the Court may be modified to permit the Clerk to release the previously-surrendered passport to counsel for the defendant so that the defendant's passport, which is set to expire in August 2013, can be renewed.   The passport is not to be, and will not be, in the possession of the defendant at any time, and the renewal transaction will be processed by the defendant's counsel.  Upon receipt of the new passport, the defendant, through his counsel, shall immediately surrender the passport to the Clerk of the Court.

Dated: May 3, 2013							Respectfully submitted,
										**SEGAL & KIRBY LLP**


									By:	/s/ James P. Mayo
										JAMES P. MAYO
										Attorneys for Defendant
										KIEDOCK KIM


Dated: May 3, 2013						By:	/s/ Samuel Wong
										SAMUEL WONG
										Assistant United States Attorney
										(By permission)

## **ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court is hereby modified and the Clerk shall release the previously-surrendered passport to counsel for the defendant so that the passport can be renewed.  The passport is not to be in the possession of the defendant at any time, and the renewal transaction shall be processed by the defendant's counsel. Upon receipt of the new passport, the defendant, through his counsel, shall immediately surrender the passport to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE