BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>            Defendants. | No. 2:10-CR-255 TLN<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hon. Troy L. Nunley |

   Whereas, the parties desire additional time to attempt to negotiate a resolution of this case without the necessity of the Court considering and resolving defendant Kiedock Kim's motion to dismiss certain counts of the Indictment, and

   Whereas, the United States desires additional time to respond to Kim's motion, in the event that the parties are unable to settle this case,

   It is hereby stipulated by and between plaintiff United States of America, on the one hand, and Kim, on the other hand, through their respective undersigned counsel that:  (1) the presently set June 6, 2013, hearing on Kim's motion to dismiss

1

certain counts of the Indictment shall be continued to August 1, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by July 11, 2013; and (3) Kim's reply, if any, shall be filed by July 25, 2013.  This continuance is requested to provide the parties time to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion.  The parties have made offers and counteroffers to resolve the case and, while the parties are moving closer to resolution of the case, additional time is need to more fully explore a settlement resolution as there are sentencing guidelines issues that remain unresolved.  The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED: May 17, 2013            /s/ Malcolm S. Segal
                               _____
                               MALCOLM S. SEGAL
                               Attorney for Defendant
                               Kiedock Kim

Dated: May 17, 2013            BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                               /s/ Samuel Wong

                           By: SAMUEL WONG
                               Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is ordered that:  (1) the presently set June 6, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to August 1, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by July 11, 2013; and (3) Kim's reply, if any, shall be filed by July 25, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated:    May 20, 2013

_____
Troy L. Nunley
United States District Judge