PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, ET AL.,<br><br>Defendants. | Case No.: 2:10-CR-00255-TLN<br><br>**PLAINTIFF'S <u>EX PARTE</u> MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANTS FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION. AND PETER MARTIN KUHN, AND ORDER THEREON**<br><br>Court:  Hon. Troy L. Nunley<br>No Hearing Requested |

Whereas, by Indictment filed on July 1, 2010, defendants French Gulch Nevada Mining Corporation; Bullion River Gold Corporation; their President and Chief Executive Officer Peter Martin Kuhn, and French Gulch Nevada Mining Corporation's Mill Superintendent Kiedock Kim were charged with violating 18 U.S.C. §§ 371 and 2 - Conspiracy and Aiding and Abetting; 18 U.S.C. § 1361 - Depredation Against United States Property; 18 U.S.C. § 1001(a)(2) - False Statements (2 Counts); and 33 U.S.C. § 1319(c)(1)(A) - Negligent Discharge of a Pollutant to a Water of the United States;

Whereas, the United States learned that both defendants French Gulch Nevada Mining Corporation and Bullion River Gold Corporation filed for bankruptcy protection after commission of the alleged crimes, but before the filing of the Indictment;

Whereas, the case against defendant Kiedock Kim was successfully prosecuted and resolved; and

Whereas, defendant Peter Martin Kuhn has remained a fugitive outside the territorial reach of the United States for over six and one-half years since the filing of the Indictment on July 1, 2010, and the prospects for his future apprehension appear dim,

The United States hereby moves <u>ex parte</u> in the interests of justice for an Order from this Court dismissing the Indictment against defendants French Gulch Nevada Mining Corporation; Bullion River Gold Corporation; and Peter Martin Kuhn.

Dated: February 9, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court having received, read, and considered the <u>ex parte</u> motion of plaintiff United States of America for an order dismissing the Indictment against defendants French Gulch Nevada Mining Corporation; Bullion River Gold Corporation; and Peter Martin Kuhn only, and good cause appearing therefrom, it is hereby ordered that the motion of the United States is hereby granted in its entirety and the Indictment is hereby ordered dismissed against these three defendants only.

It is so ORDERED.

Dated: February 13, 2017

Troy L. Nunley
United States District Judge